# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| | | |
|---|---|---|
| **Person Reporting** (Last name, first, middle initial) | **2. Court or Organization** | **3. Date of Report** |
| Friot, Stephen P. | District Court - W.D. of Okla. | 08/06/2001 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge (Nominee)

**5. Report Type (check type)**

X Nomination, Date 08/02/2001

Initial ___ Annual ___ Final ___

**6. Reporting Period**

01/01/2000
to
08/01/2001

**7. Chambers or Office Address**

101 Park Avenue, Suite 700

Oklahoma City, OK 73102-7283

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner | Spradling, Alpern, Friot & Gum, L.L.P. |
| 2 | Trustee | Oklahoma Housing Finance Agency |
| 3 | Director | Central Oklahoma Habitat for Humanity, Inc. |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2001 | Spradling, Alpern, Friot & Gum, L.L.P. - See Explanatory Comments. |
| 2 | 2001 | KEOGH/401(K) Plan - See Explanatory Comments. |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1999 | Spradling, Alpern, Friot & Gum, L.L.P. | $186,359 |
| 2 | 2000 | Spradling, Alpern, Friot & Gum, L.L.P. | $220,051 |
| 3 | 2001 | Spradling, Alpern, Friot & Gum, L.L.P. | $124,000 (est.) |
| 4 | 1999 | Westminster School | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Charles Schwab & Co., Inc. | Margin Account | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500.000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Rental Prop, OKC, OK | C | Rent | K | W | Exempt | | | | |
| 2  Local Federal Bank | A | Interest | J | T | Exempt | | | | |
| 3  Transocean Common | A | Dividend | J | T | Exempt | | | | |
| 4  Deere & Co. Common | A | Dividend | J | T | Exempt | | | | |
| 5  Schlumberger Common | A | Dividend | J | T | Exempt | | | | |
| 6  CMI Corp Common | A | Dividend | J | T | Exempt | | | | |
| 7  Medtronic Common | A | Dividend | L | T | Exempt | | | | |
| 8  Compaq Common | A | Dividend | J | T | Exempt | | | | |
| 9  Intel Common | A | Dividend | M | T | Exempt | | | | |
| 10  Oracle Common | A | Dividend | J | T | Exempt | | | | |
| 11  Am. Cent Ultra Fund | A | Dividend | J | T | Exempt | | | | |
| 12  Wm Blair Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 13  Templeton Growth Fund | B | Dividend | J | T | Exempt | | | | |
| 14  Salomon S-B IRA - SPF | | | ✱ | | | | | | |
| 15  --Transocean Common | A | Dividend | J | T | Exempt | | | | |
| 16  --At Home Common | A | Dividend | J | T | Exempt | | | | |
| 17  --Comcast Common | A | Dividend | J | T | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| al Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 --Corus Ent. Common | A | Dividend | J | T | Exempt | | | | |
| 19 --Cox Comm. Common | A | Dividend | J | T | Exempt | | | | |
| 20 --Schlumberger Com. | A | Dividend | J | T | Exempt | | | | |
| 21 --Shaw Comm. Common | A | Dividend | J | T | Exempt | | | | |
| 22 --Aim Constellation Fnd | C | Dividend | J | T | Exempt | | | | |
| 23 --EuroPacific Growth Fnd | A | Dividend | K | T | Exempt | | | | |
| 24 --Hancock Strategic Inc | A | Dividend | J | T | Exempt | | | | |
| 25 --S-B International | B | Dividend | J | T | Exempt | | | | |
| 26 Salomon S-B IRA - NRF | | | | | | | | | |
| 27 --Transocean Common | A | Dividend | J | T | Exempt | | | | |
| 28 --At Home Common | A | Dividend | J | T | Exempt | | | | |
| 29 --Comcast Common | A | Dividend | J | T | Exempt | | | | |
| 30 --Corus Ent. Common | A | Dividend | J | T | Exempt | | | | |
| 31 --Cox Comm. Common | A | Dividend | J | T | Exempt | | | | |
| 32 --Schlumberger Com. | A | Dividend | J | T | Exempt | | | | |
| 33 --Shaw Comm. Common | A | Dividend | J | T | Exempt | | | | |
| 34 --Aim Constellation Fnd | C | Dividend | J | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| al Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 --EuroPacific Growth Fnd | A | Dividend | K | T | Exempt | | | | |
| 36 --Hancock Strategic Inc | A | Dividend | J | T | Exempt | | | | |
| 37 --S-B International | B | Dividend | J | T | Exempt | | | | |
| 38 ABRA (KEOGH/401(K)) | | | | | | | | | |
| 39 --Intermediate Bond | | None | M | T | Exempt | | | | |
| 40 --Balanced Fund | | None | M | T | Exempt | | | | |
| 41 --Growth Equity | | None | M | T | Exempt | | | | |
| 42 --T. Rowe Price Int. Stk | C | Dividend | K | T | Exempt | | | | |
| 43 TIAA/CREF | | None | L | T | Exempt | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |